

08-CR-00336-STMT

# *United States District Court*
## *for*
# *Western District of Washington*

### Report on Defendant Under Pretrial Services Supervision

| Name of Defendant | Date |
|---|---|
| VUU, Frank | April 20, 2009 |
| *Name of Judicial Officer* | *Case Number* |
| The Honorable James P. Donohue, U.S. Magistrate Judge | CR08-336C |
| *Original Offense* | *Date Supervision Commenced* |
| Conspiracy to Manufacture Marijuana | October 20, 2008 |

**Bond Conditions Imposed:**

8. Travel is restricted to <u>Western District of Washington</u>, or as directed by Pretrial Services.

15. Surrender all current and expired passports and travel documents to the court. Do not apply for/obtain a new passport or travel document from any country without permission of the court.

12. Participate in the active Global Positioning Satellite Program and abide by all requirements of the program, under the direction of Pretrial Services. **Pretrial Services will coordinate the defendant's release with the U.S. Marshals.**

35. You must contribute towards the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

16. Maintain residence as directed. Do not change residence without prior approval of Pretrial Services or as directed by Pretrial Services.

18. You are prohibited from possessing or having access to firearms and dangerous weapons. All firearms and dangerous weapons must be removed from your residence(s), vehicle(s), and place of employment. This condition operates in conjunction with any restrictions imposed under Title 18, USC 922, and the Washington State Revised Code, Chapter 9.41.

## PETITIONING THE COURT

☒ **To modify the conditions of supervision**

**DELETE:**

12. Participate in the active Global Positioning Satellite Program and abide by all requirements of the program, under the direction of Pretrial Services.

Report on Defendant
Under Supervision

## CAUSE

On October 20, 2008, the defendant appeared before Your Honor for a detention hearing and was subsequently released on an appearance bond secured by the posting of property, pretrial services supervision, and the special conditions contained on the cover sheet of this report.

Since his release onto GPS monitoring, the defendant has had one violation in February 2009 for leaving his residence without permission. This officer requested the Court take no action and Your Honor concurred. Aside from this isolated incident of non-compliance, the defendant has remained in compliance with all other terms of appearance bond. He is employed full-time for Dow Jones in Federal Way, Washington, maintains a residence with his wife and children in Kent, Washington, and has incurred no new law violations. He is paying for his GPS monitoring as directed and contacts with the defendant at his home have revealed no observed concerns or violations. His passport was seized at the time of his arrest and a passport stop notice has been submitted to the State Department prohibiting his application for any new travel documents while this case is pending.

The defendant has entered a guilty plea to the underlying charge and is currently scheduled for sentencing on June 26, 2009, before The Honorable John C. Cougheour.

Both Defense counsel and Assistant U.S. Attorney have been notified and concur with the recommendation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___20th___ day of ___April_____, 2009__.

Brenda L. Amundson
Intensive Supervision Specialist

Approved By:
Timothy W. McTighe
Chief U.S. Pretrial Services Officer

Julie M. Busic
Supervising U.S. Pretrial Services Officer

Report on Defendant
Under Supervision

**THE COURT FINDS PROBABLE CAUSE AND DIRECTS:**
☒ **The Modification of Conditions as noted above**
☐ **Other**

_____
James P. Donohue, U.S. Magistrate Judge

_____
Date

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,
                              Plaintiff,          No. CR08-336C

          vs.

Frank Vuu                                         WAIVER OF HEARING
                              Defendant,          MODIFICATION OF BOND CONDITIONS

I, Frank Vuu, have been advised that U.S. Pretrial Services Officer Brenda L.
Amundson will petition the Court for modification of my bond conditions as follows:

**DELETE:**
12. Comply with the active GPS program under the direction of Pretrial Services.

I have also been advised that I am entitled to a hearing before the Court in which I
would be represented by legal counsel in order to contest this proposed modification. I
concur with the proposed modification and hereby waive such a hearing.

Dated this 20th day of April, 2009.


_____ for Frank Vuu
Defendant, Frank Vuu


_____
Defense Counsel, Khanh Tran


_____
Pretrial Services Officer, Brenda L. Amundson

WAIVER OF HEARING
RE: MODIFICATION OF BOND CONDITIONS